IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WEIHUA XU, § § *Plaintiff,* § § VS. § § THE PARTNERSHIPS AND § UNINCORPORATED ASSOCIATIONS § IDENTIFIED ON SCHEDULE "A", § § *Defendants.* § | CIVIL ACTION NO. 4:25-CV-00813 JUDGE MICHAEL J. TRUNCALE |

**ACKNOWLEDGEMENT OF NOTICE OF VOLUNTARY DISMISSAL**

The Court has received Plaintiff's Notice of Voluntary Dismissal filed in the above-styled matter. [Dkt. 22]. Plaintiff advises the Court that it voluntarily dismisses with prejudice its claims against the following Defendants in this matter:

| **Amazon.com Defendants** | | |
|---|---|---|
| No. | Store Name | Store ID |
| 5 | yongchunyouzhistore | A3PXN2YY0T7FI1 |
| 6 | yourbest2015 | A4XIWETPW5NR1 |

Accordingly, the Court acknowledges that Plaintiff's claims against the above-named Defendants are hereby **DISMISSED WITH PREJUDICE**. Plaintiff's claims against all other Defendants remain pending.

**SIGNED** this 28th day of October, 2025.

Michael J. Truncale
United States District Judge