| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 1 | Alibaba | Shantou Chenghai AH Toy Firm | aohetoys | Trademark, Copyright | 7868153 | VA0002430422 | 2 | DKT 3 Exhibit 2 Doe #1 |
| 2 | Alibaba | Yiwu Baoyu E-Business Firm | baoyugifts | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #2 |
| 3 | Alibaba | Dongguan Yisuntex E-Commerce Co., Ltd. | dgyishangtai | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 7 | DKT 3 Exhibit 2 Doe #3 |
| 4 | Alibaba | Dongyang Kaishan Network Technology Co., Ltd. | dongyangkaishan | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444462 | 4 | DKT 3 Exhibit 2 Doe #4 |
| 5 | Alibaba | Dongyun Toys (shantou City Chenghai District) Co., Ltd. | dongyuntoys | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 | 3 | DKT 3 Exhibit 2 Doe #5 |
| 6 | Alibaba | Ningbo EC Life Imp&Exp Co., Ltd. | eclife | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #6 |
| 7 | Alibaba | Yuyao Fenro Trade Co., Ltd. | fenro | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 7 | DKT 3 Exhibit 2 Doe #7 |
| 8 | Alibaba | Hangzhou Mixxmax Co., Ltd. | hzmixxmax | Trademark, Copyright | 7868153 | PA0002537910 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 8 | DKT 3 Exhibit 2 Doe #8 |
| 9 | Alibaba | Guangdong Longke Group Co., Ltd. | rgknse | Trademark, Copyright | 7868153 | VA0002444426 | 2 | DKT 3 Exhibit 2 Doe #9 |
| 10 | Alibaba | Shenzhen Ruijie Technology Co., Ltd. | ruijietech | Trademark, Copyright | 7868153 | VA0002444426 VA0002444462 VA0002444616 VA0002444620 | 5 | DKT 3 Exhibit 2 Doe #10 |
| 11 | Alibaba | Shenzhen Sekelong Manufacturing Co., Ltd. | sekelong | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 | 3 | DKT 3 Exhibit 2 Doe #11 |
| 12 | Alibaba | Shenzhen Shengming Yuanying Trading Co., Ltd. | smyytoys | Trademark, Copyright | 7868153 | VA0002444426 | 2 | DKT 3 Exhibit 2 Doe #12 |
| 13 | Alibaba | Shenzhen Sunton Paper Ltd. | suntongprinting | Trademark, Copyright | 7868153 | VA0002444426 | 3 | DKT 3 Exhibit 2 Doe #13 |
| 14 | Alibaba | Shenzhen Lanho Technology Co., Ltd. | szlanho | Trademark, Copyright | 7868153 | VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #14 |
| 15 | Alibaba | Yiwu Tianbian Technology Co., Ltd. | tb007 | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 | 3 | DKT 3 Exhibit 2 Doe #15 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 16 | Alibaba | Qicheng Supply Chain Management (tianjin) Co., Ltd. | tjqicheng | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 | 3 | DKT 3 Exhibit 2 Doe #16 |
| 17 | Alibaba | Yiwu Tuyu Crafts Co., Ltd. | tygyp | Trademark, Copyright | 7868153 | VA0002444426 VA0002444462 VA0002444616 VA0002444620 | 5 | DKT 3 Exhibit 2 Doe #17 |
| 18 | Alibaba | Qingdao Ue Home Design & Products Co., Ltd. | uetoys | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 7 | DKT 3 Exhibit 2 Doe #18 |
| 19 | Alibaba | Shantou Xingyue Toys Co., Ltd. | xycandytoys | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 | 3 | DKT 3 Exhibit 2 Doe #19 |
| 20 | Alibaba | Shenzhen Yaoji Plastic Molding Ltd. | yaoji | Trademark | 7868153 | n/a | 1 | DKT 3 Exhibit 2 Doe #20 |
| 21 | Alibaba | Yiwu Mingxin Network Technology Co., Ltd. | yiwumingxintrade | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 | 3 | DKT 3 Exhibit 2 Doe #21 |
| 22 | Aliexpress | GlobalShopping Co., Ltd Store | 1101349091 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #22 |
| 23 | Aliexpress | TOP AE Mall Store | 1101371858 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #23 |
| 24 | Aliexpress | Cynwarm House Store | 1101423733 | Copyright | n/a | VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 6 | DKT 3 Exhibit 2 Doe #24 |
| 25 | Aliexpress | daidaitoy Store | 1101688437 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444462 VA0002444616 VA0002444620 | 6 | DKT 3 Exhibit 2 Doe #25 |
| 26 | Aliexpress | Shop1102968003 Store | 1102965008 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 7 | DKT 3 Exhibit 2 Doe #26 |
| 27 | Aliexpress | JoyBloom Store | 1103043007 | Copyright | n/a | VA0002430422 VA0002444426 VA0002446326 | 4 | DKT 3 Exhibit 2 Doe #27 |
| 28 | Aliexpress | HHonaMM Store | 1103298029 | Copyright | n/a | VA0002430422 VA0002444426 | 3 | DKT 3 Exhibit 2 Doe #28 |
| 29 | Aliexpress | Toy Future Store | 1103304289 | Trademark, Copyright | 7868153 | VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002430422 | 7 | DKT 3 Exhibit 2 Doe #29 |
| 30 | Aliexpress | Shop1103308965 Store | 1103316923 | Trademark, Copyright | 7868153 | VA0002430422 | 2 | DKT 3 Exhibit 2 Doe #30 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 31 | Aliexpress | Fantastic Craft Store | 1103320709 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 9 | DKT 3 Exhibit 2 Doe #31 |
| 32 | Aliexpress | Jetee Toys Store | 1103472419 | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002444461 | 8 | DKT 3 Exhibit 2 Doe #32 |
| 33 | Aliexpress | Shop1103419173 Store | 1103483430 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444616 VA0002444620 VA0002444622 VA0002446326 VA0002430422 | 8 | DKT 3 Exhibit 2 Doe #33 |
| 34 | Aliexpress | Golden Home Store | 1103510026 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444620 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #34 |
| 35 | Aliexpress | Love Life New Store | 1103592810 | Copyright | n/a | VA0002444462 VA0002444616 VA0002444622 VA0002446326 | 4 | DKT 3 Exhibit 2 Doe #35 |
| 36 | Aliexpress | Shop1103634061 Store | 1103630075 | Copyright | n/a | VA0002444426 VA0002444462 VA0002444616 VA0002444620 | 4 | DKT 3 Exhibit 2 Doe #36 |
| 37 | Aliexpress | Shop1103685305 Store | 1103683341 | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #37 |
| 38 | Aliexpress | Shop1103726987 Store | 1103725909 | Copyright | n/a | VA0002444426 VA0002444462 VA0002444622 VA0002446326 | 4 | DKT 3 Exhibit 2 Doe #38 |
| 39 | Aliexpress | Shop1103938473 Store | 1103942415 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 6 | DKT 3 Exhibit 2 Doe #39 |
| 40 | Aliexpress | Shop1103953201 Store | 1103945451 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002446326 | 5 | DKT 3 Exhibit 2 Doe #40 |
| 41 | Aliexpress | Shop1104015049 Store | 1104001986 | Trademark | 7868153 | n/a | 1 | DKT 3 Exhibit 2 Doe #41 |
| 42 | Aliexpress | YiGetRich2 Store | 1104031984 | Trademark, Copyright | n/a | VA0002444426 VA0002446326 | 2 | DKT 3 Exhibit 2 Doe #42 |
| 43 | Aliexpress | Yannis Game Store | 1104037826 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #43 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 44 | Aliexpress | TCG Game Collection Card Store | 1104075435 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444462 VA0002444616 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #44 |
| 45 | Aliexpress | Motorcycle Accessories Global Store | 1104090848 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #45 |
| 46 | Aliexpress | Shop1104096491 Store | 1104092596 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 5 | DKT 3 Exhibit 2 Doe #46 |
| 47 | Aliexpress | Home Garden Tool Store | 1104098116 | Copyright | n/a | VA0002444426 VA0002444616 VA0002446326 | 3 | DKT 3 Exhibit 2 Doe #47 |
| 48 | Aliexpress | Shop1104190149 Store | 1104189158 | Trademark | 7868153 | n/a | 1 | DKT 3 Exhibit 2 Doe #48 |
| 49 | Aliexpress | Shop1104265783 Store | 1104273794 | Copyright | n/a | VA0002444426 VA0002444462 VA0002444616 VA0002444620 | 4 | DKT 3 Exhibit 2 Doe #49 |
| 50 | Aliexpress | Shop1104299475 Store | 1104299476 | Copyright | n/a | VA0002430422 VA0002444462 VA0002444616 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #50 |
| 51 | Aliexpress | Shop1104305647 Store | 1104310684 | Copyright | n/a | VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #51 |
| 52 | Aliexpress | 3C Trend Hub Store | 1104343897 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 7 | DKT 3 Exhibit 2 Doe #52 |
| 53 | Aliexpress | Make Life Great Store | 1104399381 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 5 | DKT 3 Exhibit 2 Doe #53 |
| 54 | Aliexpress | Let It Be Store | 1104403112 | Copyright | n/a | VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 6 | DKT 3 Exhibit 2 Doe #54 |
| 55 | Aliexpress | Yonder Bazaar World Store | 1104404450 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #55 |
| 56 | Aliexpress | Ali Hot Seller Store | 1104424078 | Copyright | n/a | VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #56 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 57 | Aliexpress | Delightful Finds Deal Store | 1104440176 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #57 |
| 58 | Aliexpress | PlaySphere Global Store | 1104551571 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #58 |
| 59 | Aliexpress | Shop1104659415 Store | 1104646459 | Copyright | n/a | VA0002444426 VA0002444462 VA0002444616 | 4 | DKT 3 Exhibit 2 Doe #59 |
| 60 | Aliexpress | Home Bliss One Click Cozy Store | 1104674665 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444462 VA0002444616 VA0002444622 VA0002446326 | 7 | DKT 3 Exhibit 2 Doe #60 |
| 61 | Aliexpress | Shop1104705305 Store | 1104695308 | Copyright | n/a | VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002446326 | 5 | DKT 3 Exhibit 2 Doe #61 |
| 62 | Aliexpress | Shop1104699685 Store | 1104700759 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444616 VA0002444620 | 5 | DKT 3 Exhibit 2 Doe #62 |
| 63 | Aliexpress | Electronics AI Store | 1104706327 | Copyright | n/a | VA0002444620 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #63 |
| 64 | Aliexpress | Shop1104706666 Store | 1104706667 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444462 | 4 | DKT 3 Exhibit 2 Doe #64 |
| 65 | Aliexpress | Shop1104757064 Store | 1104763038 | Copyright | n/a | VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #65 |
| 66 | Aliexpress | Galaxy Grocery Store | 1104779321 | Copyright | n/a | VA0002444622 VA0002446326 | 2 | DKT 3 Exhibit 2 Doe #66 |
| 67 | Aliexpress | Shop1104796244 Store | 1104801181 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002446326 | 7 | DKT 3 Exhibit 2 Doe #67 |
| 68 | Aliexpress | Shop1104807154 Store | 1104803164 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444462 | 4 | DKT 3 Exhibit 2 Doe #68 |
| 69 | Aliexpress | Shop1104809120 Store | 1104809121 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002446326 | 7 | DKT 3 Exhibit 2 Doe #69 |
| 70 | Aliexpress | US NN Dropshipping Store | 1104820499 | Copyright | n/a | VA0002430422 VA0002444426 | 3 | DKT 3 Exhibit 2 Doe #70 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 71 | Aliexpress | Shop1104821003 Store | 1104826001 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 6 | DKT 3 Exhibit 2 Doe #71 |
| 72 | Aliexpress | Shop1104856126 Store | 1104862134 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 6 | DKT 3 Exhibit 2 Doe #72 |
| 73 | Aliexpress | Shop1105053044 Store | 1105053045 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002446326 VA0002430422 | 7 | DKT 3 Exhibit 2 Doe #73 |
| 74 | Aliexpress | Shop1105052047 Store | 1105055057 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002446326 VA0002430422 | 7 | DKT 3 Exhibit 2 Doe #74 |
| 75 | Aliexpress | Shop1105059037 Store | 1105056039 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444622 VA0002430422 | 7 | DKT 3 Exhibit 2 Doe #75 |
| 76 | Amazon | STARRYNAVIGATION | A12GL5FRLALPAX | Copyright | n/a | VA0002444462 | 1 | DKT 3 Exhibit 2 Doe #76 |
| 77 | Amazon | Shenzhenshi Zhiyuguoji Logistics Co Ltd | A1ES3WVO34GA9J | Trademark | 7868153 | n/a | 1 | DKT 3 Exhibit 2 Doe #77 |
| 78 | Amazon | Felllf-818 | A1ESC9B7HUOH7G | Copyright | n/a | VA0002430422 VA0002444462 VA0002444622 | 4 | DKT 3 Exhibit 2 Doe #78 |
| 79 | Amazon | shang jun1 shang mao | A1YA1JS2S7FCVQ | Copyright | n/a | VA0002444462 VA0002444616 VA0002444620 | 3 | DKT 3 Exhibit 2 Doe #79 |
| 80 | Amazon | Bazil Bazos | A21PKUEQ1FLFOM | Copyright | n/a | VA0002444462 | 1 | DKT 3 Exhibit 2 Doe #80 |
| 81 | Amazon | ZippyZoom | A23QMY5X02P2WE | Copyright | n/a | VA0002444462 | 1 | DKT 3 Exhibit 2 Doe #81 |
| 82 | Amazon | WWokks | A26M9WNKJVP5SG | Copyright | n/a | PA0002537903 VA0002430422 VA0002444426 VA0002444461 VA0002444616 | 6 | DKT 3 Exhibit 2 Doe #82 |
| 83 | Amazon | Shenzhenshixiaoyoudianzichanpinyouxiangongsi | A2CO14TW8WGT8S | Copyright | n/a | VA0002444426 | 1 | DKT 3 Exhibit 2 Doe #83 |
| 84 | Amazon | Weijiaus | A2WV8C7H3RCIEE | Copyright | n/a | VA0002430422 VA0002444426 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #84 |
| 85 | Amazon | PPJT | A2X2FER6CIZ6KT | Copyright | n/a | PA0002537903 VA0002430422 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #85 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 86 | Amazon | HYRLSM | A2XWR5UXX7BPZN | Copyright | n/a | VA0002444462 VA0002444616 VA0002444622 VA0002446326 | 4 | DKT 3 Exhibit 2 Doe #86 |
| 87 | Amazon | ElectronCPS | A2YTHFJDBMI3E9 | Copyright | n/a | VA0002430422 VA0002444462 VA0002444616 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #87 |
| 88 | Amazon | Natasha Cxassev | A34BL3GCUWLY4K | Copyright | n/a | VA0002430422 VA0002444426 VA0002444462 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #88 |
| 89 | Amazon | BAIJIAYING | A38GCO27ZLACGI | Copyright | n/a | VA0002430422 VA0002444462 VA0002444616 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #89 |
| 90 | Amazon | kunmuyanjiancaiyouxiangongsi | A3MDX2ZLGZOYOA | Copyright | n/a | VA0002430422 VA0002444462 VA0002444616 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #90 |
| 91 | Amazon | Wagcay | A3MM84E49V8OIS | Copyright | n/a | VA0002430422 VA0002444461 VA0002444462 VA0002444616 VA0002444622 VA0002446326 | 7 | DKT 3 Exhibit 2 Doe #91 |
| 92 | Amazon | LAILIANG(已备案,跟卖下真实单+投诉+索赔) | A5H2CTMK6ZQMP | Copyright | n/a | VA0002430422 VA0002444462 VA0002444616 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #92 |
| 93 | Amazon | ZZJT | A96J92VR13SHX | Copyright | n/a | VA0002430422 VA0002444461 VA0002444616 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #93 |
| 94 | Amazon | DDJT (跟卖0计划 PP投诉) | AQT9HMCWDFNSR | Copyright | n/a | VA0002430422 VA0002444462 | 3 | DKT 3 Exhibit 2 Doe #94 |
| 95 | Amazon | HeSheng-US | AUCGO86A2XVEZ | Copyright | n/a | VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #95 |
| 96 | Amazon | XGKHOM US | AY64CC0GW6A5E | Trademark, Copyright | 7868153 | VA0002430422 VA0002446326 | 3 | DKT 3 Exhibit 2 Doe #96 |
| 97 | DHgate | huan0009 | 21751941 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002444461 | 7 | DKT 3 Exhibit 2 Doe #97 |
| 98 | DHgate | bao07 | 21859917 | Trademark, Copyright | 7868153 | VA0002444622 VA0002446326 | 3 | DKT 3 Exhibit 2 Doe #98 |
| 99 | DHgate | olylin1 | 22002682 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #99 |
| 100 | DHgate | the_medallion1 | 22012251 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002446326 | 6 | DKT 3 Exhibit 2 Doe #100 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 101 | DHgate | ua_pueblo | 22021085 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 7 | DKT 3 Exhibit 2 Doe #101 |
| 102 | eBay | abdulmutali0 | abdulmutali0 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 7 | DKT 3 Exhibit 2 Doe #102 |
| 103 | eBay | flexibley | flexibley | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 5 | DKT 3 Exhibit 2 Doe #103 |
| 104 | eBay | Purple Fox Shop | flyince | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 5 | DKT 3 Exhibit 2 Doe #104 |
| 105 | eBay | abbmat-51 | games989 | Trademark, Copyright | 7868153 | VA0002430422 | 2 | DKT 3 Exhibit 2 Doe #105 |
| 106 | eBay | kassadinblades | kassadinblades | Trademark | 7868153 | n/a | 1 | DKT 3 Exhibit 2 Doe #106 |
| 107 | eBay | kiesar08 | kiesar08 | Copyright | n/a | VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #107 |
| 108 | eBay | logerg-52 | logerg-52 | Copyright | n/a | PA0002537903 VA0002430422 VA0002444426 | 4 | DKT 3 Exhibit 2 Doe #108 |
| 109 | eBay | mamad3357a | mamad3357a | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #109 |
| 110 | eBay | meinepso | meinepso | Copyright | n/a | VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #110 |
| 111 | eBay | mica273 | mica273 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 7 | DKT 3 Exhibit 2 Doe #111 |
| 112 | eBay | moirali | moirali | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 5 | DKT 3 Exhibit 2 Doe #112 |
| 113 | eBay | muhaimran17 | muhaimran17 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #113 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 114 | eBay | mustapha12 | mustapha12 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 7 | DKT 3 Exhibit 2 Doe #114 |
| 115 | eBay | nanjieshop | nanjieshop | Trademark, Copyright | 7868153 | VA0002444426 VA0002444616 VA0002444620 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #115 |
| 116 | eBay | neviery | neviery | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 5 | DKT 3 Exhibit 2 Doe #116 |
| 117 | eBay | omaraarel-0 | omaraarel0 | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002446326 | 8 | DKT 3 Exhibit 2 Doe #117 |
| 118 | eBay | Best Haven Deals | ounl8074 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444622 | 4 | DKT 3 Exhibit 2 Doe #118 |
| 119 | eBay | Poharl-58 | poharl-58 | Copyright | n/a | PA0002537903 VA0002430422 VA0002444426 VA0002444462 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #119 |
| 120 | eBay | tranquill | tranquill | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 5 | DKT 3 Exhibit 2 Doe #120 |
| 121 | eBay | trendyorganizers | trendyorganizers | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 5 | DKT 3 Exhibit 2 Doe #121 |
| 122 | eBay | valian | valian | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 5 | DKT 3 Exhibit 2 Doe #122 |
| 123 | eBay | warofc-75 | warofc-75 | Copyright | n/a | VA0002444426 | 1 | DKT 3 Exhibit 2 Doe #123 |
| 124 | eBay | wdd19_621 | wdd19_62 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #124 |
| 125 | eBay | wdd1918 | wdd1918 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #125 |
| 126 | eBay | woniuniu | woniuniu | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 5 | DKT 3 Exhibit 2 Doe #126 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 127 | eBay | wrappedready | wrappedready | Copyright | n/a | PA0002537903 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444622 VA0002430422 | 8 | DKT 3 Exhibit 2 Doe #127 |
| 128 | eBay | X-Element 5 | xcdz-05 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 7 | DKT 3 Exhibit 2 Doe #128 |
| 129 | eBay | Yulianaartea Shop | yulianaartea-97 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 7 | DKT 3 Exhibit 2 Doe #129 |
| 130 | Fruugo | Huiyunshang | 13833 | Trademark | 7868153 | n/a | 1 | DKT 3 Exhibit 2 Doe #130 |
| 131 | Shein | Lovae shop | 1186743316 | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 9 | DKT 3 Exhibit 2 Doe #131 |
| 132 | Shein | AxiomHollow | 1278083208 | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 9 | DKT 3 Exhibit 2 Doe #132 |
| 133 | Shein | VortexLoom | 2403498331 | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 9 | DKT 3 Exhibit 2 Doe #133 |
| 134 | Shein | Error Oxygen | 2812769234 | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 9 | DKT 3 Exhibit 2 Doe #134 |
| 135 | Shein | 3-MC | 3061207020 | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 9 | DKT 3 Exhibit 2 Doe #135 |
| 136 | Shein | FHWJ Marketplace | 3095394298 | Copyright | n/a | VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 6 | DKT 3 Exhibit 2 Doe #136 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 137 | Shein | Umi-shop | 4257957236 | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 | 7 | DKT 3 Exhibit 2 Doe #137 |
| 138 | Shein | HuoShi-E-store | 4306764181 | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 9 | DKT 3 Exhibit 2 Doe #138 |
| 139 | Shein | Eclava | 7626747093 | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 9 | DKT 3 Exhibit 2 Doe #139 |
| 140 | Shopify | fifaytech | fifaytech.com | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 8 | DKT 3 Exhibit 2 Doe #140 |
| 141 | Temu | orange sunshine | 405072382558 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #141 |
| 142 | Temu | Soldering Iron Man | 5364330923793 | Copyright | n/a | PA0002537920 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #142 |
| 143 | Temu | Awesome Selection - Hua Fei car accessories | 6032983605371 | Copyright | n/a | PA0002537903 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #143 |
| 144 | Temu | Pepes shop | 6070415052292 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #144 |
| 145 | Temu | weijia smart home | 634418210962997 | Trademark, Copyright | 7868153 | PA0002537920 VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 9 | DKT 3 Exhibit 2 Doe #145 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 146 | Temu | YiBaobao Cat | 634418212074318 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #146 |
| 147 | Temu | SyFifteen | 634418212178134 | Copyright | n/a | VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 4 | DKT 3 Exhibit 2 Doe #147 |
| 148 | Temu | JTMY | 634418212360698 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444622 | 4 | DKT 3 Exhibit 2 Doe #148 |
| 149 | Temu | Presh shop | 634418212601201 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #149 |
| 150 | Temu | Peace of Mind Appliance | 634418212963999 | Copyright | n/a | VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 4 | DKT 3 Exhibit 2 Doe #150 |
| 151 | Temu | B Vertical | 634418213002636 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 6 | DKT 3 Exhibit 2 Doe #151 |
| 152 | Temu | Double A Card Game | 634418213283460 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 9 | DKT 3 Exhibit 2 Doe #152 |
| 153 | Temu | Nova Sphere | 634418213630798 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 8 | DKT 3 Exhibit 2 Doe #153 |
| 154 | Temu | Yuan Explodes toys | 634418213671086 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #154 |
| 155 | Temu | Fortune wins | 634418213963424 | Trademark, Copyright | 7868153 | PA0002537903 VA0002430422 VA0002444461 VA0002444616 | 5 | DKT 3 Exhibit 2 Doe #155 |
| 156 | Temu | YU Jie Yao Trade | 634418214084289 | Copyright | n/a | VA0002444462 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #156 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 157 | Temu | Xgxdnotwo | 634418214198688 | Trademark, Copyright | 7868153 | PA0002537920 VA0002430422 VA0002444426 VA0002444461 VA0002444616 VA0002444620 | 8 | DKT 3 Exhibit 2 Doe #157 |
| 158 | Temu | HROBIG | 634418214722364 | Copyright | n/a | PA0002537903 PA0002537920 VA0002444426 VA0002444462 VA0002444622 VA0002444616 VA0002430422 VA0002444461 VA0002444620 | 10 | DKT 3 Exhibit 2 Doe #158 |
| 159 | Temu | NOKING | 634418214730651 | Copyright | n/a | VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #159 |
| 160 | Temu | smart home Manufacturing | 634418214744478 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 7 | DKT 3 Exhibit 2 Doe #160 |
| 161 | Temu | start V | 634418214821234 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #161 |
| 162 | Temu | Rational Romance | 634418215238964 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #162 |
| 163 | Temu | Etechplus | 634418215299686 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #163 |
| 164 | Temu | CHARM ME | 634418215758972 | Copyright | n/a | VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #164 |
| 165 | Temu | YOUYOUSHIPIAD local | 634418216531495 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #165 |
| 166 | Temu | AaronShopping | 634418216627364 | Trademark, Copyright | 7868153 | PA0002537920 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #166 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 167 | Temu | B Vertical local | 634418216879730 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002446326 VA0002444461 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #167 |
| 168 | Temu | Xuhui shop | 634418217179585 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #168 |
| 169 | Temu | Miss Ellen local | 634418217239713 | Copyright | n/a | VA0002444426 VA0002444622 VA0002446326 | 3 | DKT 3 Exhibit 2 Doe #169 |
| 170 | Temu | Golin Card Game | 634418217319329 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002446326 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #170 |
| 171 | Temu | Dmilu | 634418218027921 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444462 VA0002444468 VA0002444620 | 6 | DKT 3 Exhibit 2 Doe #171 |
| 172 | Temu | Fast Delivery Shop | 634418218144586 | Copyright | n/a | PA0002537903 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #172 |
| 173 | Temu | NICKEE | 634418218718898 | Copyright | n/a | PA0002537903 PA0002537920 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 VA0002444468 VA0002430422 | 11 | DKT 3 Exhibit 2 Doe #173 |
| 174 | Temu | Back to natures | 634418218918690 | Copyright | n/a | PA0002537920 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #174 |
| 175 | Temu | SevenChou | 634418218950413 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444616 | 3 | DKT 3 Exhibit 2 Doe #175 |
| 176 | Temu | YUSONYO TOYS | 634418218971696 | Trademark, Copyright | 7868153 | PA0002537903 | 2 | DKT 3 Exhibit 2 Doe #176 |
| 177 | Temu | QiBindd | 634418218971893 | Copyright | n/a | VA0002444462 VA0002444620 | 2 | DKT 3 Exhibit 2 Doe #177 |
| 178 | Temu | Super toy looby | 634418219052517 | Copyright | n/a | VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 4 | DKT 3 Exhibit 2 Doe #178 |
| 179 | Temu | NAWIKI | 634418219090312 | Copyright | n/a | VA0002444461 | 1 | DKT 3 Exhibit 2 Doe #179 |
| 180 | Temu | lszhcc | 634418219197873 | Trademark | 7868153 | n/a | 1 | DKT 3 Exhibit 2 Doe #180 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 181 | Temu | springle | 634418219563867 | Copyright | n/a | VA0002444461 VA0002444462 VA0002444616 VA0002444622 | 4 | DKT 3 Exhibit 2 Doe #181 |
| 182 | Temu | Charisma corne | 634418219599525 | Copyright | n/a | PA0002537903 VA0002444426 VA0002444461 VA0002444616 VA0002444620 | 5 | DKT 3 Exhibit 2 Doe #182 |
| 183 | Temu | Cookscy | 634418219745178 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444616 VA0002444620 VA0002446326 | 6 | DKT 3 Exhibit 2 Doe #183 |
| 184 | Temu | azeshop | 634418219746097 | Copyright | n/a | PA0002537903 VA0002444426 VA0002444461 VA0002444462 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #184 |
| 185 | Temu | Card Oasis | 634418219842727 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 8 | DKT 3 Exhibit 2 Doe #185 |
| 186 | Temu | jingle U | 634418219877606 | Copyright | n/a | VA0002444426 VA0002444616 VA0002444620 VA0002444622 | 4 | DKT 3 Exhibit 2 Doe #186 |
| 187 | Temu | Joyopoly | 634418220022416 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444616 VA0002444620 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #187 |
| 188 | Temu | Safety rescue | 634418220319592 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #188 |
| 189 | Temu | EtherealBeautyLab | 634418220449396 | Trademark, Copyright | 7868153 | VA0002444461 VA0002444461 VA0002444426 VA0002444622 VA0002446326 | 6 | DKT 3 Exhibit 2 Doe #189 |
| 190 | Temu | GlamGalaxys | 634418220475175 | Trademark, Copyright | 7868153 | VA0002430422 VA0002444461 VA0002444620 VA0002444622 VA0002444426 VA0002446326 VA0002444616 | 8 | DKT 3 Exhibit 2 Doe #190 |
| 191 | Temu | qianjinmou | 634418220536980 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #191 |
| 192 | Temu | Bubbled bean | 634418220549250 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #192 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 193 | Temu | GlowLuxeBeauty | 634418220550044 | Copyright | n/a | VA0002446326 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #193 |
| 194 | Temu | TOTOTEAR | 634418220550305 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444462 VA0002446326 | 5 | DKT 3 Exhibit 2 Doe #194 |
| 195 | Temu | NINI NEKO | 634418220550446 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #195 |
| 196 | Temu | Bazaar A | 634418220712126 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #196 |
| 197 | Temu | XX Legends | 634418220866686 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #197 |
| 198 | Temu | YuhangGuoji | 634418220984690 | Trademark, Copyright | 7868153 | PA0002537920 PA0002537903 VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 9 | DKT 3 Exhibit 2 Doe #198 |
| 199 | Temu | ToyFiesta | 634418221085255 | Copyright | n/a | PA0002537903 VA0002444426 VA0002444461 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #199 |
| 200 | Temu | ShopNestHub | 634418221210383 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 6 | DKT 3 Exhibit 2 Doe #200 |
| 201 | Temu | BloomCareHub | 634418221213583 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 7 | DKT 3 Exhibit 2 Doe #201 |
| 202 | Temu | StyleCraft | 634418221399310 | Trademark, Copyright | 7868153 | PA0002537920 PA0002537903 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002446326 VA0002444622 VA0002430422 | 11 | DKT 3 Exhibit 2 Doe #202 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 203 | Temu | Luvyx | 634418221537937 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #203 |
| 204 | Temu | Uncle sells things | 634418221661175 | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444461 VA0002446326 | 5 | DKT 3 Exhibit 2 Doe #204 |
| 205 | Temu | AutumnLi | 634418221984408 | Copyright | n/a | VA0002444461 VA0002444616 VA0002444620 VA0002444622 | 4 | DKT 3 Exhibit 2 Doe #205 |
| 206 | Temu | Moss Moon | 634418222324940 | Copyright | n/a | PA0002537920 PA0002537903 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 9 | DKT 3 Exhibit 2 Doe #206 |
| 207 | Temu | Yangnuo local | 634418222337356 | Copyright | n/a | PA0002537920 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 8 | DKT 3 Exhibit 2 Doe #207 |
| 208 | Temu | A family selection | 634418222338943 | Copyright | n/a | PA0002537920 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #208 |
| 209 | Temu | BddFF shop | 634418222365925 | Copyright | n/a | PA0002537920 PA0002537918 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #209 |
| 210 | Temu | Deal Haven | 634418222371319 | Trademark, Copyright | 7868153 | PA0002537920 PA0002537903 VA0002444426 VA0002444461 VA0002444462 VA0002444622 VA0002446326 VA0002430422 VA0002444616 VA0002444620 | 11 | DKT 3 Exhibit 2 Doe #210 |
| 211 | Temu | The colorful world fascinates the eye | 634418222374792 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444616 VA0002444620 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #211 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 212 | Temu | XMoMo | 634418222375216 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444616 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #212 |
| 213 | Temu | MK toy | 634418222454850 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #213 |
| 214 | Temu | JIAJIA SHOPING | 634418222474085 | Trademark, Copyright | 7868153 | PA0002537920 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444622 VA0002446326 | 9 | DKT 3 Exhibit 2 Doe #214 |
| 215 | Temu | SLOOKH | 634418222533775 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444616 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #215 |
| 216 | Temu | Taro Yamamoto | 634418222815330 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #216 |
| 217 | Temu | Blbibo Game | 634418223023412 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 7 | DKT 3 Exhibit 2 Doe #217 |
| 218 | Temu | NimbusHaven | 634418223112819 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #218 |
| 219 | Temu | EcoCharm | 634418223116291 | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #219 |
| 220 | Temu | GeoPulse | 634418223234294 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 VA0002430422 | 7 | DKT 3 Exhibit 2 Doe #220 |
| 221 | Temu | TerraNook | 634418223235800 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #221 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 222 | Temu | NovaBreeze | 634418223236528 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #222 |
| 223 | Temu | Healthy Balance Bazaar | 634418223236584 | Copyright | n/a | VA0002444461 VA0002444620 VA0002444622 VA0002446326 | 4 | DKT 3 Exhibit 2 Doe #223 |
| 224 | Temu | CieloBox | 634418223237253 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #224 |
| 225 | Temu | SolisMart | 634418223237990 | Trademark, Copyright | 7868153 | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #225 |
| 226 | Temu | EchoEssence | 634418223239133 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #226 |
| 227 | Temu | OasisOrbit | 634418223240158 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #227 |
| 228 | Temu | NovoVerse | 634418223240823 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #228 |
| 229 | Temu | PrismaPlace | 634418223242452 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #229 |
| 230 | Temu | KinetiCart | 634418223243077 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #230 |
| 231 | Temu | Healthy Glow Home | 634418223243811 | Copyright | n/a | VA0002444461 VA0002444620 VA0002444622 VA0002446326 | 4 | DKT 3 Exhibit 2 Doe #231 |
| 232 | Temu | ThriftPulse | 634418223245748 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #232 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 233 | Temu | LumaLoom | 634418223246198 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #233 |
| 234 | Temu | VoxBox | 634418223246539 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #234 |
| 235 | Temu | PC carelife | 634418223246690 | Copyright | n/a | VA0002444461 VA0002444620 VA0002444622 VA0002446326 | 4 | DKT 3 Exhibit 2 Doe #235 |
| 236 | Temu | SolisShelf | 634418223246812 | Trademark, Copyright | 7868153 | VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #236 |
| 237 | Temu | HaloHatch | 634418223247449 | Copyright | n/a | VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #237 |
| 238 | Temu | CipherCrate | 634418223247576 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 8 | DKT 3 Exhibit 2 Doe #238 |
| 239 | Temu | Wellness Wholesome Lifes | 634418223247582 | Copyright | n/a | VA0002444461 VA0002444620 VA0002444622 VA0002446326 | 4 | DKT 3 Exhibit 2 Doe #239 |
| 240 | Temu | FunForYou Game | 634418223660570 | Copyright | n/a | VA0002444461 VA0002444620 VA0002444622 VA0002446326 | 5 | DKT 3 Exhibit 2 Doe #240 |
| 241 | Temu | Speedy delivery Shop | 634418224118077 | Trademark, Copyright | 7868153 | PA0002537903 VA0002444426 VA0002444461 VA0002444616 VA0002444620 VA0002446326 | 8 | DKT 3 Exhibit 2 Doe #241 |
| 242 | Temu | ZHENYIKKY | 634418224843112 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 7 | DKT 3 Exhibit 2 Doe #242 |
| 243 | Temu | SparkleCo Shop | 634418224898149 | Trademark, Copyright | 7868153 | VA0002444461 VA0002444616 VA0002444620 VA0002444622 VA0002446326 | 5 | DKT 3 Exhibit 2 Doe #243 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Trademark Reg. No. | Copyright Reg. No. | Total No. of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|
| 244 | Temu | YaYan Fashion Accessories | 78409609832 | Copyright | n/a | VA0002444426 VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #244 |
| 245 | Walmart | Spentoper-1 | 101646381 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444462 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #245 |
| 246 | Walmart | LIsaki | 101670039 | Copyright | n/a | VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #246 |
| 247 | Walmart | MUNDIDO | 101670112 | Trademark, Copyright | 7868153 | VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #247 |
| 248 | Walmart | Kiteky store | 101680504 | Copyright | n/a | PA0002537903 VA0002430422 VA0002444426 VA0002444462 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #248 |
| 249 | Walmart | HelaiWanju | 102634070 | Copyright | n/a | VA0002430422 VA0002444426 | 3 | DKT 3 Exhibit 2 Doe #249 |
| 250 | Walmart | WUFAN | 102734621 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444462 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #250 |
| 251 | Walmart | DVISS | 102738247 | Copyright | n/a | VA0002444461 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 5 | DKT 3 Exhibit 2 Doe #251 |
| 252 | Walmart | Fjogn cloth | 102738764 | Copyright | n/a | VA0002430422 VA0002444426 VA0002444616 | 4 | DKT 3 Exhibit 2 Doe #252 |
| 253 | Walmart | bazil bazos | 102758766 | Copyright | n/a | VA0002444462 | 1 | DKT 3 Exhibit 2 Doe #253 |
| 254 | Walmart | ASerp | 102780175 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444616 | 3 | DKT 3 Exhibit 2 Doe #254 |
| 255 | Walmart | cccxiinn | 102879590 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #255 |
| 256 | Walmart | Grinch Store | 102887925 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444616 | 3 | DKT 3 Exhibit 2 Doe #256 |
| 257 | Walmart | jjinnvgdf | 102890504 | Trademark, Copyright | 7868153 | VA0002444426 VA0002444462 VA0002444616 VA0002444620 VA0002444622 | 6 | DKT 3 Exhibit 2 Doe #257 |