UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LUCKY EGG LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT 1,<br><br>Defendants. | Civil Action No. 4: 25-cv-1174 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lucky Egg Limited voluntarily dismisses, with prejudice, its claims against the following defendants:

- DOE 96: XGKHOM US (Amazon Merchant ID AY64CC0GW6A5E)
- DOE 199: ToyFiesta (Temu Merchant ID 634418221085255)
- DOE 243: SparkleCo Shop (Temu Merchant ID 634418224898149)
- DOE 247: MUNDIDO (Walmart Merchant ID 10001689461)

Dated: December 8, 2025

Respectfully submitted,

**SCALE LLP**

By: */s/ Charles A. Wallace*
Charles A. Wallace
Texas Bar No. 24110501
James H. Creedon
Texas Bar No. 24092299
3723 Greenville Ave., Suite 41010
Dallas, Texas 75206
Tel.     415.735.5933
Fax     415.573.0983
cwallace@scalefirm.com
jcreedon@scalefirm.com

ATTORNEYS FOR PLAINTIFF
LUCKY EGG LIMITED

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: */s/ Charles A. Wallace*
Charles A. Wallace