# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LUCKY EGG LIMITED | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:25-CV-01174-ALM-AGD |
| THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT 1 | § § § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 24, 2026, the Report of the Magistrate Judge, (Dkt. #33), was entered containing proposed findings of fact and recommendation that Plaintiff's Motion for Default Judgment (Dkt. #26) and Plaintiff's Motion for Attorney's Fees (Dkt. #27) be granted. That is, the Report recommended that Plaintiff be awarded attorney's fees in the amount of $18,632.50 and recover costs in the amount of $405.00 which is recoverable jointly and severally by the Defaulting Defendants. The Report further recommended, that should the Report be adopted, that a separate order, per Federal Rule of Civil Procedure 58(a), be issued by the District Court regarding the terms of the permanent injunction against the Defaulting Defendants.

Having received the Report of the United States Magistrate Judge (Dkt. #33), and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motions for Default Judgment (Dkt. #26) and Attorney's Fees (Dkt. #27) are **GRANTED**. That is, Plaintiff is **AWARDED** attorney's fees in the amount of $18,632.50 and costs in the amount of $405.00, the sums of which are recoverable jointly and severally from the Defaulting Defendants. It is further **ORDERED** that a separate order, per Federal Rule of Civil Procedure 58(a), will be issued by the Court regarding the terms of a permanent injunction against the Defaulting Defendants.

**IT IS SO ORDERED.**

**SIGNED this 18th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE